**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| | : | |
| | : | |
| **DAMIR GAYBULLOEV** | : | **CIVIL ACTION** |
| *Petitioner,* | : | |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| **J.L. JAMISON, Warden, Federal Detention** | : | **No. 26-cv-5283** |
| **Center, Philadelphia, et al.,** | : | |
| *Respondents.* | : | |

## ORDER

**AND NOW**, this **31st** day of **July 2026**, upon review of Petitioner Damir Gaybulloev's

Petition for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (ECF No. 1), Respondents'

Letter dated July 30, 2026 (ECF No. 5), and the docket, it is hereby **ORDERED** as follows:

1. For the reasons stated in this District's prior cases, *see, e.g.*, Memorandum Opinion at
   1–10, *Demirel v. Fed. Det. Ctr. Phila.*, No. 25-cv-5488 (E.D. Pa. Nov. 18, 2025);
   Memorandum Opinion at 1–14, *Anirudh v. McShane*, No. 25-cv-6458 (E.D. Pa. Dec.
   9, 2025); Memorandum Opinion at 1–5, *Rios Porras v. O'Neill*, No. 25-cv-6801 (E.D.
   Pa. Dec. 22, 2025); Memorandum Opinion at 8–21, *Vasquez-Rosario v. Noem*, No.
   25-cv-7427 (E.D. Pa. Jan. 26, 2026); which Respondents concede are not materially
   distinguishable, *see* ECF No. 5 at 1–2, Petitioner is not subject to mandatory detention
   under 8 U.S.C. § 1225(b), and is instead subject to detention, if at all, pursuant to the
   discretionary provisions of 8 U.S.C. § 1226(a).

2. On or before **August 7, 2026**, Respondents shall provide Petitioner with a bond
   hearing in accordance with 8 U.S.C. § 1226(a), at which the parties will be allowed to

present evidence and argument regarding whether Petitioner is a danger to the community and presents a flight risk if not detained.

3.  Any restrictions previously imposed on Petitioner's location by this Court are now **LIFTED** for the purpose of holding a bond hearing.

4.  If Respondents do not provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a) on or before **August 7, 2026** as required herein, Petitioner shall be immediately released from detention while awaiting the bond hearing.

5.  The Parties shall **FILE** a Joint Status Letter updating the Court as to the results of the bond hearing, on or before **August 14, 2026, at 5:00 P.M.**  Further, the Parties shall advise the Court in their Joint Status Letter whether any additional proceedings in this matter are required and submit any proposals for the scope of further litigation.

BY THE COURT:

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**

2