## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| | : | |
| | : | |
| **DAMIR GAYBULLOEV** | : | **CIVIL ACTION** |
| *Petitioner,* | : | |
| | : | |
| | : | |
| **v.** | : | |
| | : | |
| **J.L. JAMISON, Warden, Federal Detention** | : | **No. 26-cv-5283** |
| **Center, Philadelphia, et al.,** | : | |
| *Respondents.* | : | |

## ORDER

**AND NOW**, this **14th** day of **August 2026**, upon review of the Parties' Joint Status Report

(ECF No. 10), and the docket, it is hereby **ORDERED** as follows:

1. Any restrictions previously imposed on Petitioner's location by this Court are now

   **LIFTED**.

2. The Clerk of Court is directed to **CLOSE** the case.

**BY THE COURT:**

**/s/ Chad F. Kenney**

**CHAD F. KENNEY, JUDGE**